﻿Citation Nr: AXXXXXXXX
Decision Date: 12/31/19 Archive Date: 12/31/19

DOCKET NO. 190503-9036
DATE: December 31, 2019

ORDER

The appeal regarding entitlement to service connection for depression is dismissed.

The appeal regarding entitlement to service connection to posttraumatic stress disorder (PTSD) is dismissed.

The appeal regarding entitlement to service connection for sleep disturbances as secondary to PTSD is dismissed.

The appeal regarding entitlement to service connection for anxiety condition as secondary to PTSD is dismissed.

The appeal regarding entitlement to service connection for stress as secondary to erectile dysfunction is dismissed.

The appeal regarding entitlement to service connection for erectile dysfunction is dismissed.

The appeal regarding entitlement to a rating in excess of 40 percent for degenerative arthritis of the spine with intervertebral disc syndrome (previously rated as lumbar strain) is dismissed.

The appeal regarding entitlement to a rating in excess of 10 percent for radiculopathy of the lower left extremity due to degenerative disc disease with intervertebral disc syndrome is dismissed.

The appeal regarding entitlement to a rating in excess of 20 percent for radiculopathy, right lower extremity is dismissed.

FINDINGS OF FACT

1. A November 2018 rating decision increased the Veteran’s low back rating to 40 percent effective April 12, 2018, increased his right leg rating to 20 percent effective April 12, 2018, granted service connection of radiculopathy of the left lower extremity and awarded a 10 percent rating effective April 12, 2018, and denied service connection for anxiety condition secondary to PTSD, sleep disturbances secondary to PTSD, and stress secondary to erectile dysfunction. In addition, the RO found there was no new and material evidence submitted by the Veteran to reopen the claims of entitlement to service connection for depression, PTSD, and erectile dysfunction. 

2. In April 2019, the Veteran filed VA Form 10182, Decision Review Request: Board Appeal, and requested the Direct review option. This form was developed pursuant to the Veterans Appeals Improvement and Modernization Act, also known as the Appeals Modernization Act (AMA), which was implemented on February 19, 2019. 

3. Since the rating decision was issued prior to the AMA implementation date, it must be appealed under the legacy appeals system using a VA Form 21-0958, Notice of Disagreement (NOD). 

4. Since a VA Form 21-0958 has not been filed in this matter, an appropriate appeal to the Board has not been completed and, accordingly, the Board does not have jurisdiction over the issues.

CONCLUSIONS OF LAW

1. The criteria for dismissal of the appeal regarding entitlement to service connection for depression have been met. 38 U.S.C. § 7105 (2012); 38 C.F.R. § 20.205 (2018).

2. The criteria for dismissal of the appeal regarding entitlement to service connection to PTSD have been met. 38 U.S.C. § 7105; 38 C.F.R. § 20.205.

3. The criteria for dismissal of the appeal regarding entitlement to service connection for sleep disturbances as secondary to PTSD have been met. 38 U.S.C. § 7105; 38 C.F.R. § 20.205.

4. The criteria for dismissal of the appeal regarding entitlement to service connection for anxiety condition as secondary to PTSD have been met. 38 U.S.C. § 7105; 38 C.F.R. § 20.205.

5. The criteria for dismissal of the appeal regarding entitlement to service connection for stress as secondary to erectile dysfunction have been met. 38 U.S.C. § 7105; 38 C.F.R. § 20.205.

6. The criteria for dismissal of the appeal regarding entitlement to service connection for erectile dysfunction have been met. 38 U.S.C. § 7105; 38 C.F.R. § 20.205.

7. The criteria for dismissal of the appeal regarding entitlement to a rating in excess of 40 percent for degenerative arthritis of the spine with intervertebral disc syndrome (previously rated as lumbar strain) have been met. 38 U.S.C. § 7105; 38 C.F.R. § 20.205.

8. The criteria for dismissal of the appeal regarding entitlement to a rating in excess of 10 percent for radiculopathy of the lower left extremity due to degenerative disc disease with intervertebral disc syndrome have been met. 38 U.S.C. § 7105; 38 C.F.R. § 20.205.

9. The criteria for dismissal of the appeal regarding entitlement to a rating in excess of 20 percent for radiculopathy, right lower extremity have been met. 38 U.S.C. § 7105; 38 C.F.R. § 20.205.

REASONS AND BASES FOR FINDINGS AND CONCLUSIONS

1. The appeal regarding entitlement to service connection for depression.

2. The appeal regarding entitlement to service connection to PTSD. 

3. The appeal regarding entitlement to service connection for sleep disturbances as secondary to PTSD.

4. The appeal regarding entitlement to service connection for anxiety condition as secondary to PTSD.

5. The appeal regarding entitlement to service connection for stress as secondary to erectile dysfunction.

6. The appeal regarding entitlement to service connection for erectile dysfunction. 

7. The appeal regarding entitlement to a rating in excess of 40 percent for degenerative arthritis of the spine with intervertebral disc syndrome (previously rated as lumbar strain).

8. The appeal regarding entitlement to a rating in excess of 10 percent for radiculopathy of the lower left extremity due to degenerative disc disease with intervertebral disc syndrome. 

9. The appeal regarding entitlement to a rating in excess of 20 percent for radiculopathy, right lower extremity.

The Veteran served honorably in the United States Air Force from November 1998 to May 2000.

On August 23, 2017, the President signed into law the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55 (to be codified as amended in scattered sections of 38 U.S.C.), 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). This law creates a new framework for Veterans dissatisfied with VA's decision on their claims to seek review. The AMA was implemented on February 19, 2019. The Board has jurisdiction over AMA appeals by (1) Veterans electing to opt in to the Rapid Appeals Modernization Program (RAMP) prior to February 19, 2019 and appealing a RAMP rating decision; (2) appealing a rating decision with a notification letter dated on or after February 19, 2019; or (3) appealing a Statement of the Case (SOC) or Supplemental Statement of the Case (SSOC) issued on or after February 19, 2019. 

A review of the record reveals that an November 2018 rating decision increased the Veteran’s low back rating to 40 percent effective April 12, 2018, increased his right leg rating to 20 percent effective April 12, 2018, granted service connection of radiculopathy of the left lower extremity and awarded a 10 percent rating effective April 12, 2018, and denied service connection for anxiety condition secondary to PTSD, sleep disturbances secondary to PTSD, and stress secondary to erectile dysfunction. In addition, the RO found there was no new and material evidence to reopen the claims of entitlement to service connection for depression, PTSD, and erectile dysfunction. In April 2019, the Veteran submitted lay statements to VA regarding his current physical and emotional state. VA interpreted this as a request to review his claims VA sent correspondence on April 22, 2019, stating that the Veteran required the Veteran to submit the proper form for his claims to be reviewed. Thereafter, he filed VA Form 10182, Decision Review Request: Board Appeal, and requested the Direct Review option. The Board notes that this form was developed pursuant to the AMA framework. However, since the rating decision for these issues were issued prior to the AMA implementation date, these issues cannot be processed under the AMA framework, and cannot be appealed directly to the Board on a VA Form 10182. Rather, they must be appealed under the legacy appeals system using a VA Form 21-0958, Notice of Disagreement (NOD). 

The governing regulations provide that an appeal under the legacy system consists of a timely filed NOD in writing within one year of notification of the rating decision, and after a Statement of the Case has been furnished, a timely filed substantive appeal. 38 C.F.R. § 20.200. In order to initiate an appeal to the Board under the legacy system, the Veteran is required to file VA Form 21-0958 (NOD) if he disagreed with the November 2018 rating decision. A review of the record demonstrates that there is no executed VA Form 21-0958 in the claims file. Because an appropriate appeal to the Board has not been completed, the Board does not have jurisdiction over these issues. Accordingly, the appeals must be dismissed.

 

 

G. A. WASIK

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board J.T. Massey, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.